UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS GESUALDI and FRANK FINKEL,
as Trustees of Local 282 International Brotherhood of
Teamsters Welfare, Pension, Annuity, Job
Training and Vacation Sick Leave Trust Funds

**ORDER**

Plaintiffs,

- against -

10 CV 0573 (RJD) (CLP)

MB3 TRUCKING, INC.,

Defendant.
---------------------------------------------------------------X
DEARIE, Chief Judge.

In a Report and Recommendation dated September 30, 2010, Magistrate Judge Cheryl L. Pollak recommends that this Court grant plaintiff's motion for entry of a default judgment, and that plaintiff be awarded damages from defendant as follows: $824.34 in interest on the untimely paid contributions, $3,740.71 in liquidated damages, and $2,933.57 in attorney's fees, for a total of $7,498.62. No objections to the Report have been filed, and there is no indication on the docket sheet that the mailing of the Report to defendant was unsuccessful.

Having considered plaintiff's motion de novo, I now adopt Magistrate Pollak's recommendations in their entirety and grant the motion for the reasons set forth in her Report.

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
       December ᴗ, 2010

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge